```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 14216
   SEAN J WALSH
   COLLEEN E WALSH                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0603    SSN XXX-XX-6049

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/14/2005 and was confirmed 06/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
SAXON MORTGAGE                CURRENT MORTG        .00             .00             .00
SAXON MORTGAGE                MORTGAGE ARRE    4694.21             .00         4694.21
FIRST MIDWEST BANK            UNSECURED      NOT FILED             .00             .00
FIRST MIDWEST BANK            UNSECURED      NOT FILED             .00             .00
CREDITORS DISCOUNT AUDIT      UNSECURED        2270.00             .00           59.06
RIDDLE & ASSOC PC             UNSECURED      NOT FILED             .00             .00
FINGERHUT CREDIT ADVANTA      UNSECURED         389.77             .00             .00
INGALLS HOSPITAL              UNSECURED      NOT FILED             .00             .00
NEXTELL COMMUNICATIONS        UNSECURED      NOT FILED             .00             .00
AMERICAN EAGLE OUTFITTER      UNSECURED      NOT FILED             .00             .00
TARGET NATIONAL BANK          UNSECURED         531.50             .00             .00
RESURGENT ACQUISITION LL      UNSECURED        3499.45             .00           91.05
GLOBAL PAYMENTS INC           UNSECURED      NOT FILED             .00             .00
PORTFOLIO ACQUISITIONS        UNSECURED         783.11             .00           20.37
RESURGENT ACQUISITION LL      UNSECURED         951.20             .00           24.75
NCO FINANCIAL SYSTEMS         UNSECURED      NOT FILED             .00             .00
PROGRESSIV MANAGEMENT SY      UNSECURED      NOT FILED             .00             .00
KRW CONSULTING GROUP LLC      UNSECURED      NOT FILED             .00             .00
NEWPORT NEWS                  UNSECURED      NOT FILED             .00             .00
WALTER C WREN & RICHARD       UNSECURED      NOT FILED             .00             .00
DIAMOND CORING CO INC         UNSECURED         406.25             .00             .00
AT & T WIRELESS/CINGULAR      UNSECURED         604.92             .00           15.74
CERTEGY PAYMENT RECOVERY      UNSECURED      NOT FILED             .00             .00
RESURGENT ACQUISITION LL      UNSECURED        2400.06             .00           62.44
AMERICAN FAMILY INSURANC      UNSECURED      NOT FILED             .00             .00
MARTIN J OHEARN               DEBTOR ATTY      1,900.00                        1,464.54
TOM VAUGHN                    TRUSTEE                                            356.84
DEBTOR REFUND                 REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 14216 SEAN J WALSH & COLLEEN E WALSH
```

```
---------------------------------------------------------------------------
TRUSTEE                                6,789.00

PRIORITY                                                             .00
SECURED                                                         4,694.21
UNSECURED                                                         273.41
ADMINISTRATIVE                                                  1,464.54
TRUSTEE COMPENSATION                                              356.84
DEBTOR REFUND                                                        .00
                                      ---------------    ---------------
TOTALS                                 6,789.00              6,789.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 12/03/07              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE

                              PAGE   2
            CASE NO. 05 B 14216 SEAN J WALSH & COLLEEN E WALSH